### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| CJ CAHILL DESIGN BUILD, INC. | * | Case No. 22-16226 MCR (Chapter 7) |
| Debtor | * | |

## NOTICE

James M. Hoffman, Esq. of Offit Kurman, P.A., Special Counsel to Laura J. Margulies, Chapter 7 Trustee for the Bankruptcy Estate of CJ Cahill Design Build, Inc., hereby notifies this Court that effective January 1, 2025, his hourly rate shall increase to $650.00.

Respectfully Submitted,

Dated: January 10, 2025

*/s/ James M. Hoffman*
James M. Hoffman (Bar #04914)
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Telephone: (240) 507-1710
JHoffman@offitkurman.com
*Attorney for Laura J. Margulies, Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 10th day of January 2025, a copy of the foregoing Line was served electronically via this Court's CM/ECF system to the following parties:

- **James M. Hoffman**    jhoffman@offitkurman.com, mmargulies@offitkurman.com
- **Lawrence A. Katz**    lkatz@hirschlerlaw.com, llewis@hirschlerlaw.com;aklena@hirschlerlaw.com;ndysart@hirschlerlaw.com
- **Laura J. Margulies**    trustee@law-margulies.com, lmargulies@ecf.axosfs.com
- **Kevin M. O'Donnell**    kmo@henrylaw.com, mbp@henrylaw.com;jtm@henrylaw.com
- **Jason S. Ordene**    jordene@bregmanlaw.com, mgomes@wtplaw.com
- **Richard M. Sissman**    RSissmanesq@his.com
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com;mahlon@dcbankruptcy.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com

And via regular U.S. Mail, postage prepaid to:

Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770

              */s/ James M. Hoffman*
              James M. Hoffman

4935-4878-1070, v. 1