IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **CJ CAHILL DESIGN BUILD, INC.** | * | Case No. 22-16226 MCR<br>Chapter 7 |
| **Debtor** | * | |

### NOTICE OF WITHDRAWAL OF CLAIM

Please withdraw Claim Number 6 filed on January 27, 2023 for the creditor Laura Margulies, Trustee for the Estate of Botanical Decorators, Inc., filed in Case Number 22-16226.

Dated: February 26, 2025
                */s/ James M. Hoffman*
                James M. Hoffman (Fed. Bar No. 04914)
                Offit Kurman, P.A.
                7501 Wisconsin Ave, Suite 1000W
                Bethesda, MD 20814
                O (240) 507-1700
                F (240) 507-1735
                jhoffman@offitkurman.com
                *Counsel for Laura J. Margulies, Chapter 7 Trustee*

4916-4541-4688, v. 1