Pedro Torres

Yezpedrosserv.

11407 Staten Ct.

Germantown, MD 20876

USBC-MD G FILED MAIL
18 APR '25 PM 1:16

Dear Clerk,

Please withdraw claim number one, and claim number two in the case of CJ Cahill Design Build Inc, case number 22-16226.

Sincerely,

11407 Staten Ct.

Germantown, MD 20876

(240) 405-0842

Pedro Torres

*Pedro T——*