IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*Greenbelt Division*

In re:

| | | |
|---|---|---|
| CJ Cahill Design Build Inc. | * | Case No: 22-16226 MCR |
| | * | Chapter 7 |
| Debtor(s) | * | |

* * * * * * * * * * * * *

## WITHDRAWAL OF DOCUMENT

Laura Margulies, Chapter 7 Trustee, hereby requests the withdrawal of the Chapter 7 Trustee's Final Report Before Distribution, Document Number 77. The incorrect TFR for a different case number was accidentally filed to this case.

Respectfully submitted,

/s/ Laura J. Margulies
Laura J. Margulies
7050 W. Palmetto Park Rd., Ste 15-390
Boca Raton, FL 33433
(301) 483-9800
trustee@law-margulies.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2025, a copy of the foregoing Withdrawal of Document was provided by U.S. Mail, postage prepaid to the Office of the U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770.

AND I HEREBY CERTIFY that on June 4, 2025, a copy of the foregoing Withdrawal of Document was electronically provided to the following: Maurice Verstandig, Esq., mac@mbvesq.com.

/s/ Laura J. Margulies
Laura J. Margulies