UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

In Re:                                     §
                                           §
CJ Cahill Design Build Inc.                §          Case No. 22-16226
                                           §
                        Debtor             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/07/2022.   The undersigned trustee was appointed on 11/07/2022.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of              $          19,750.00

                        Funds were disbursed in the following amounts:

                        Payments made under an interim                       0.00
                        disbursement
                        Administrative expenses                              0.00
                        Bank service fees                                  160.28
                        Other payments to creditors                          0.00
                        Non-estate funds paid to 3rd Parties                 0.00
                        Exemptions paid to the debtor                        0.00
                        Other payments to the debtor                         0.00

                        Leaving a balance on hand of[1]          $       19,589.72

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 02/14/2023 and the deadline for filing governmental claims was 05/08/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,725.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $2,659.68, for a total compensation of $2,659.68[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $128.62, for total expenses of $128.62[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:07/11/2025_____  By:/s/Laura J. Margulies_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 22-16226 | MCR |
| Case Name: | CJ Cahill Design Build Inc. | |
| For Period Ending: | 07/11/2025 | |

| | |
|---|---|
| Judge: | Maria Ellena Chavez-Ruark |

| | |
|---|---|
| Trustee Name: | Laura J. Margulies |
| Date Filed (f) or Converted (c): | 11/07/2022 (f) |
| 341(a) Meeting Date: | 12/13/2022 |
| Claims Bar Date: | 02/14/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Sandy Spring Bank Checking 8601<br><br>Lien on account exceeds value | 520.69 | 520.69 | | 0.00 | FA |
| 2. Insurance policy refund | 750.00 | 750.00 | | 0.00 | FA |
| 3. Imminent, expected employee retention credit for $90,000<br><br>IRS says no such credit to this debtor, therefore no value to estate. | 90,000.00 | 90,000.00 | | 0.00 | FA |
| 4. Material inventory: windows, doors, lumber, locks, fans, miscellaneous lighting | 3,400.00 | 0.00 | | 0.00 | FA |
| 5. Apple desktop, 2 iPad Pros, Apple laptop | 359.00 | 0.00 | | 0.00 | FA |
| 6. Small tools and equipment: cut saw; air compressor; nail guns; hoses; and generator | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Internet domain names and websites http://ww.cahillcompanies.com/ (Partial interest indicated, with Christopher Cahill, Botanical Decorators, Inc., and one other entity each having an at least colorable claim to ownership). (u) | 0.25 | 1.00 | | 0.00 | FA |
| 8. Unscheduled 2021 Nissan Van transferred to creditor on October 5, 2022 (u) | 29,000.00 | 19,750.00 | | 19,750.00 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $125,529.94 | $111,021.69 | $19,750.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit A

6/24/25 - Trustee filed withdrawal for docket #77, wrong TFR filed. LM
6/23/25 - TFR for the personal case of Christopher Cahill filed on the docket. LM
6/04/25 - TFR withdrawn from docket to pay adversary case fee. New TFR documents submitted to UST Trustee's office. LM
5/2/25 - TFR Submitted to US Trustee's office. LM
3/4/25 - Aqua Bright is making regular payments.
12/10/24 - Aqua Bright is making regular, timely payments.
10/01/24 - Aqua Bright is making regular, timely payments.
7/16/24 Payment 5 of 14 received from Aqua Bright Irrigation & Illumination.
6/18/24 - Adv Pro. ag. Dylan French and Equinox filed, trial set for March 11, 2025.
6/7/24 Payment received for Aqua Bright
5/6/24 Payment received for Aqua Bright
3/05/24 - Aqua Bright has made first monthly payment for settlement of adv pro.  Lump sum previously received on 2/28/24.
12/18/23 - Mediation with Jeff Orenstein scheduled for January 8, 2023.
9/4/23- JHoffman drafted complaints for preferences and will file shortly.
6/14/23 - Meeting held.  Case is already asset, attorney Hoffman continues to review case for fraud/preferential transfers.
5/22/23 - Case continued to 6/14/23 at 2.
3/27/23- Bank records received from Sandy Spring, JHoffman investigating for preferences and fraud. conveyances.
3/15/23 - Meeting held and continued to June 14.
2/15/22 - Meeting held and continued to Mar. 15.
12/13/22 - Meeting held and continued to Jan. 11.
11/16/22 - Designation as asset case.


Initial Projected Date of Final Report (TFR): 05/15/2026          Current Projected Date of Final Report (TFR): 05/15/2026

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 22-16226

Case Name: CJ Cahill Design Build Inc.

Taxpayer ID No: XX-XXX2678

For Period Ending: 07/11/2025

Trustee Name: Laura J. Margulies

Bank Name: Axos Bank

Account Number/CD#: XXXXXX1225

Checking

Blanket Bond (per case limit): $3,000,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/24 | 8 | Aqua Bright Irrigation & Illumination, LLC 12885 Old Frederick Road Sykesville, MD 21784 | Lump sum payment before monthly installments begin per Motion dated Feb. 27, 2024 in ap case no. 24-00014 | 1241-000 | $2,000.00 | | $2,000.00 |
| 03/05/24 | 8 | Aqua Bright Irrigation & Illumination, LLC 12885 Old Frederick Road Sykesville, MD 21784 | Payment 1 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014. Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $3,268.00 |
| 04/02/24 | 8 | Aqua Bright Irrigation & Illumination, LLC 12885 Old Frederick Road Sykesville, MD 21784 | Payment 2 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014. Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $4,536.00 |
| 05/06/24 | 8 | Aqua Bright Irrigation & Illumination, LLC 12885 Old Frederick Road Sykesville, MD 21784 | Payment 3 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014. Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $5,804.00 |
| 06/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.18 | $5,797.82 |
| 06/07/24 | 8 | Aqua Bright Irrigation & Illumination, LLC 12885 Old Frederick Road Sykesville, MD 21784 | Payment 4 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014. Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $7,065.82 |
| 07/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.28 | $7,058.54 |
| 07/16/24 | 8 | Aqua Bright Irrigation & Illumination, LLC 12885 Old Frederick Road Sykesville, MD 21784 | Payment 5 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014. Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $8,326.54 |
| 08/01/24 | 8 | Aqua Bright Irrigation & Illumination, LLC 12885 Old Frederick Road Sykesville, MD 21784 | Payment 6 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014. Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $9,594.54 |
| 08/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $8.52 | $9,586.02 |

Page Subtotals: $9,608.00    $21.98

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 22-16226

Case Name: CJ Cahill Design Build Inc.

Trustee Name: Laura J. Margulies

Bank Name: Axos Bank

Account Number/CD#: XXXXXX1225

Checking

Taxpayer ID No: XX-XXX2678

For Period Ending: 07/11/2025

Blanket Bond (per case limit): $3,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.58 | $9,575.44 |
| 09/09/24 | 8 | Aqua Bright Irrigation & Illumination 12885 Old Frederick Road Sykesville, MD 21784 | Payment 7 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014.  Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $10,843.44 |
| 10/01/24 | 8 | Aqua Bright Irrigation & Illumination 12885 Old Frederick Road Sykesville, MD 21784 | Payment 8 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014.  Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $12,111.44 |
| 10/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $11.50 | $12,099.94 |
| 11/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $13.36 | $12,086.58 |
| 11/13/24 | 8 | Aqua Bright Irrigation & Illumination 12885 Old Frederick Road Sykesville, MD 21784 | Payment 9 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014.  Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $13,354.58 |
| 12/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $13.73 | $13,340.85 |
| 12/10/24 | 8 | Aqua Bright Irrigation & Illumination 12885 Old Frederick Road Sykesville, MD 21784 | Payment 10 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014.  Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $14,608.85 |
| 01/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $15.72 | $14,593.13 |
| 02/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $16.11 | $14,577.02 |

Page Subtotals: $5,072.00 $81.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 22-16226 | Trustee Name: Laura J. Margulies | |
| Case Name: CJ Cahill Design Build Inc. | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX1225 | |
| | Checking | |
| Taxpayer ID No: XX-XXX2678 | Blanket Bond (per case limit): $3,000,000.00 | |
| For Period Ending: 07/11/2025 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/09/25 | 8 | Aqua Bright Irrigtion & Illumination, LLC 12885 Old Frederick Rd Sykesville, MD 21784 | Payment 11, and payment 12 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014.  Final payment will be $1,266.00.  Payor made a double payment. | 1241-000 | $2,536.00 | | $17,113.02 |
| 03/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $16.25 | $17,096.77 |
| 03/04/25 | 8 | Aqua Bright Irrigation & Illumination 12885 Old Frederick Road Sykesville, MD 21784 | Payment 13 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014.  Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $18,364.77 |
| 03/12/25 | 8 | Aqua Bright Irrigation & Illumination 12885 Old Frederick Road Sykesville, MD 21784 | Payment 13 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014.  Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $19,632.77 |
| 03/13/25 | 8 | Aqua Bright Irrigation & Illumination 12885 Old Frederick Road Sykesville, MD 21784 | Payment 13 of 14 for $1,268.00  per Motion dated Feb. 27, 2024 in ap case no. 24-00014. Final payment will be $1,266.00 Reversal Insufficient funds check | 1241-000 | ($1,268.00) | | $18,364.77 |
| 03/28/25 | 8 | Aqua Bright Irrigtion & Illumination, LLC 12885 Old Frederick Road Sykesville, MD 21784 | Final payment - Payment 14 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014.  Final payment will be $1,266.00 | 1241-000 | $1,266.00 | | $19,630.77 |
| 04/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $20.10 | $19,610.67 |
| 05/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $20.95 | $19,589.72 |

| | | |
|---|---|---|
| COLUMN TOTALS | $19,750.00 | $160.28 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $5,070.00 | $57.30 |

| | | |
|---|---:|---:|
| Subtotal | $19,750.00 | $160.28 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $19,750.00 | $160.28 |

Exhibit B

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1225 - Checking | $19,750.00 | $160.28 | $19,589.72 |
|  | $19,750.00 | $160.28 | $19,589.72 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $19,750.00 |
| Total Gross Receipts: | $19,750.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 22-16226                                                                    Date: July 11, 2025
Debtor Name: CJ Cahill Design Build Inc.
Claims Bar Date: 2/14/2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 80 2700 | Clerk, U.S. Bankruptcy Court Clerk, U.S. Bankruptcy Court 6500 CHERRYWOOD LANE GREENBELT, MD 20770 | Administrative | Allow - Filing fees for Adversary case 24-00014 and Adversary case 24-00061 | $0.00 | $700.00 | $700.00 |
| 81 2100 | Laura Margulies Trustee PC 7050 W. Palmetto Park Rd., Ste. 15-390 Boca Raton, FL 33433 | Administrative | Allow | $0.00 | $2,659.68 | $2,659.68 |
| 81 2200 | Laura Margulies Trustee PC 7050 W. Palmetto Park Rd., Ste. 15-390 Boca Raton, FL 33433 | Administrative | Allow | $0.00 | $128.62 | $128.62 |
| 100 3110 | Offit Kurman P.A. Attn: Jim Hoffman 7501 Wisconsin Ave, Ste 1000W Bethesda, MD 20814 | Administrative | Allow | $0.00 | $12,000.00 | $12,000.00 |
| 100 3410 | Larry Strauss, CPA Larry Strauss, ESQ CPA & Associates, Inc. 2310 Smith Ave Baltimore, MD  21209 | Administrative | Allow | $0.00 | $4,000.00 | $4,000.00 |
| 100 3992 | Larry Strauss, CPA Larry Strauss, ESQ CPA & Associates, Inc. 2310 Smith Ave Baltimore, MD  21209 | Administrative | Allow | $0.00 | $500.00 | $500.00 |
| 3 260 5600 | Eugene And Jennifer Krichevsky 6904 Armat Dr Bethesda, Md 20817 | Priority | Allow | $0.00 | $3,350.00 | $3,350.00 |
| 7 260 5600 | Robert And Michelle Labelle 9893 Windy Hollow Road Great Falls, Va 22066 | Priority | Allow | $0.00 | $3,350.00 | $3,350.00 |
| 12 280 5800 | DC Gov't Office of Tax and Revenue PO Box 37559 Washington, DC 20013 | Priority | Allow as tardy | $0.00 | $397.52 | $397.52 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 22-16226                                                                    Date: July 11, 2025
Debtor Name: CJ Cahill Design Build Inc.
Claims Bar Date: 2/14/2023

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3 300 7100 | Eugene And Jennifer Krichevsky 6904 Armat Dr Bethesda, Md 20817 | Unsecured | Allow | $1.00 | $214,206.50 | $214,206.50 |
| 5 300 7100 | Patrick James Mccusker 220 Virginia Ave. Alexandria, Va 22302 | Unsecured | NOT Allowed, claim not signed. | $0.00 | $2,150,000.00 | $2,150,000.00 |
| 7 300 7100 | Robert And Michelle Labelle 9893 Windy Hollow Road Great Falls, Va 22066 | Unsecured | Allow | $475,001.00 | $1,368,971.10 | $1,368,971.10 |
| 8 300 7100 | Patrick James Mccusker 220 Virginia Ave. Alexandria, Va 22302 | Unsecured | Allow | $2,650.00 | $2,150,000.00 | $2,150,000.00 |
| 9 300 7100 | Sandy Spring Bank Attn: Diana Wigginton, Vp 6831 Benjamin Franklin Drive Columbia, Md 21046 | Unsecured | Allow | $0.00 | $35,157.34 | $35,157.34 |
| 10 300 7100 | Dylan French C/O Jason S. Ordene 7315 Wisconsin Ave. Ste 800 West Bethesda, Md 20814 | Unsecured | Allow | $29,365.70 | $688,585.64 | $688,585.64 |
| 11 350 7200 | Johnson Family Enterprises Llc Po Box 341207 Bethesda, Md 20827-1207 | Unsecured | Allow as tardy | $0.00 | $98,318.95 | $98,318.95 |
| 9 400 4210 | Sandy Spring Bank Attn: Diana Wigginton, Vp 6831 Benjamin Franklin Drive Columbia, Md 21046 | Secured | Allow | $0.00 | $1.00 | $1.00 |
| | Case Totals | | | $507,017.70 | $6,732,326.35 | $6,732,326.35 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 22-16226
Case Name: CJ Cahill Design Build Inc.
Trustee Name: Laura J. Margulies

Balance on hand                                    $        19,589.72

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9 | Sandy Spring Bank | $ 1.00 | $ 1.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors          $_____0.00

Remaining Balance                              $____19,589.72

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Laura Margulies Trustee PC | $ 2,659.68 | $ 0.00 | $ 2,659.68 |
| Trustee Expenses: Laura Margulies Trustee PC | $ 128.62 | $ 0.00 | $ 128.62 |
| Attorney for Trustee Fees: Offit Kurman P.A. | $ 12,000.00 | $ 0.00 | $ 11,710.12 |
| Accountant for Trustee Fees: Larry Strauss, CPA | $ 4,000.00 | $ 0.00 | $ 3,903.37 |
| Charges: Clerk, U.S. Bankruptcy Court | $ 700.00 | $ 0.00 | $ 700.00 |
| Other: Larry Strauss, CPA | $ 500.00 | $ 0.00 | $ 487.93 |

Total to be paid for chapter 7 administrative expenses     $____19,589.72

Remaining Balance                                          $_____0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,097.52 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Eugene And Jennifer Krichevsky | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 7 | Robert And Michelle Labelle | $ 3,350.00 | $ 0.00 | $ 0.00 |
| 12 | DC Gov't Office of Tax and Revenue | $ 397.52 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,456,920.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Eugene And Jennifer Krichevsky | $ 214,206.50 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Robert And Michelle Labelle | $ 1,368,971.10 | $ 0.00 | $ 0.00 |
| 8 | Patrick James Mccusker | $ 2,150,000.00 | $ 0.00 | $ 0.00 |
| 9 | Sandy Spring Bank | $ 35,157.34 | $ 0.00 | $ 0.00 |
| 10 | Dylan French | $ 688,585.64 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors  $_____0.00

Remaining Balance  $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $98,318.95 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Johnson Family Enterprises Llc | $ 98,318.95 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors  $_____0.00

Remaining Balance  $_____0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE