Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| colspan="7" | Offit Kurman, P.A. |||||||
|  | Client Matter Time Details |||||||
|  | Client: Margulies, Laura J. \| Debtor: CJ Cahill Design Build; Case No.: 22-16226 MCR |||||||
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| 12/13/2022 | Hoffman, James M. | 0.80 | $ 485.00 | $ 388.00 | Attend 341 hearing | 1 |
| 12/13/2022 | Hoffman, James M. | 0.40 | $ 485.00 | $ 194.00 | Write to Trustee about comments, go back and review Schedules and notes | 1 |
| 12/17/2022 | Hoffman, James M. | 0.20 | $ 485.00 | $ 97.00 | Draft letter to opposing counsel to produce docs per Trustee request | 1 |
| 12/19/2022 | Hoffman, James M. | 0.30 | $ 485.00 | $ 145.50 | Edit letter to opposing counsel, check Docket for continued 341 | 1 |
| 1/9/2023 | Hoffman, James M. | 2.10 | $ 485.00 | $ 1,018.50 | Review notes from prior meeting (.4); Interview Mr. Ghazarian (.5); Call with Sweeney about Ghazarian (.2); Call with Fasano about Motion to Sell Real Estate (.1); Review records from Debtors to Cahill individually (.5); write up for Trustee of Ghazarian interview (.4) | 1 |
| 1/10/2023 | Hoffman, James M. | 0.20 | $ 485.00 | $ 97.00 | Prepare for continued 341 (.2); Call Fasano and leave message re: Consent Order to sell properties | 1 |
| 1/11/2023 | Hoffman, James M. | 0.80 | $ 485.00 | $ 388.00 | Review information from Sweeney; respond, pull schedules and SOFA for Continued 341; Compare to Cahill individual case | 1 |
| 1/11/2023 | Hoffman, James M. | 0.60 | $ 485.00 | $ 291.00 | Attend continued 341 of CJ Design Build | 1 |
| 1/11/2023 | Hoffman, James M. | 0.20 | $ 485.00 | $ 97.00 | Outline POCs to be cross-filed | 1 |
| 1/11/2023 | Hoffman, James M. | 0.30 | $ 485.00 | $ 145.50 | Call with Verstandig about problems with case | 1 |
| 1/11/2023 | Hoffman, James M. | 0.30 | $ 485.00 | $ 145.50 | Draft letter to attorney about turnover of records | 1 |
| 1/12/2023 | Margulies, Miriam | 0.80 | $ 125.00 | $ 100.00 | Review Debtor's tax returns and financial records for avoidable transfers; Begin list of questionable transactions, and questions for debtor | 1 |
| 1/17/2023 | Margulies, Miriam | 0.20 | $ 125.00 | $ 25.00 | Draft Subpoena for documents to Sandy Spring Bank | 1 |
| 1/17/2023 | Hoffman, James M. | 0.30 | $ 485.00 | $ 145.50 | Review and edits subpoena issues to facilitate delivery of docs | 1 |
| 1/21/2023 | Hoffman, James M. | 0.20 | $ 485.00 | $ 97.00 | Review Proof of claim | 1 |
| 1/27/2023 | Hoffman, James M. | 0.10 | $ 485.00 | $ 48.50 | Status of POC | 1 |
| 2/9/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Review Debtor response to Show Cause Order about accuracy of Schedules; mark for later use | 1 |
| 2/13/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Call with Debtor Counsel re: schedules and 341 | 1 |
| 2/13/2023 | Hoffman, James M. | 0.60 | $ 535.00 | $ 321.00 | Prepare notes of potential avoidance actions for 341 | 1 |
| 2/15/2023 | Hoffman, James M. | 1.50 | $ 535.00 | $ 802.50 | Prepare for 341 (.2); attend continued 341 (.9); respond to UST about transfers (.4) | 1 |
| 2/17/2023 | Hoffman, James M. | 0.20 | $ 535.00 | $ 107.00 | Communicate with Sweeney about concerns over Cahill Design, Cahill and Botanical, tracing funds, sources of recovery | 1 |
| 3/15/2023 | Hoffman, James M. | 0.80 | $ 535.00 | $ 428.00 | Prepare for continued 341 | 1 |
| 3/15/2023 | Hoffman, James M. | 1.40 | $ 535.00 | $ 749.00 | Attend continued 341 | 1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| colspan="7" Offit Kurman, P.A. | | | | | | |
| Client Matter Time Details | | | | | | |
| Client: Margulies, Laura J. \| Debtor: CJ Cahill Design Build; Case No.: 22-16226 MCR | | | | | | |
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| 3/17/2023 | Margulies, Miriam | 1.30 | $ 125.00 | $ 162.50 | Review and analyze Debtor's bank statements from 2021-11/2022 and copies of canceled checks (750 pgs); Create spreadsheet with payments/income/other questionable transfers from last 90 days before filing, French transfers, other notable transfers | 1 |
| 3/25/2023 | Hoffman, James M. | 1.10 | $ 535.00 | $ 588.50 | Outline causes of action based on 341 exams and compare to Schedules and SOFA | 1 |
| 4/5/2023 | Hoffman, James M. | 0.50 | $ 535.00 | $ 267.50 | Search records and write to debtor's counsel re: info on DOL, P&Ls, car titles and other information | 1 |
| 5/24/2023 | Margulies, Miriam | 1.00 | $ 125.00 | $ 125.00 | Review bank records received from Sandy Spring Bank, make notes of possible fraudulent transfers and other questionable transactions (.9); Email JH re: findings (.1) | 1 |
| 6/14/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Attend Continued 341 meeting | 1 |
| 8/17/2023 | Hoffman, James M. | 0.60 | $ 535.00 | $ 321.00 | Organize transcripts | 1 |
| 8/17/2023 | Hoffman, James M. | 0.40 | $ 535.00 | $ 214.00 | Print notes and start avoidable transfers | 1 |
| 8/24/2023 | Margulies, Miriam | 0.70 | $ 200.00 | $ 140.00 | Skim through audio files, make notes, complete audio transcription request forms for 12/13/22 (.4) and 1/11/23 meetings of creditors (.3) | 1 |
| 9/15/2023 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Prepare subpoena to MVA for vehicles owned in 2022 | 1 |
| 9/19/2023 | Margulies, Miriam | 0.50 | $ 200.00 | $ 100.00 | Update Subpoenas (DB and Botanical), draft cover letter to MVA, compile Subpoena package and send to MVA via email | 1 |
| 9/19/2023 | Margulies, Miriam | 4.00 | $ 200.00 | $ 800.00 | Review Cahill DB transcript from 3.15, listen to audio and compare, make numerous notes on corrections, emails with transcriber, JH | 1 |
| 9/19/2023 | Hoffman, James M. | 0.30 | $ 535.00 | $ 160.50 | Review subpoenas for MVA to acquire vehicle titles, respond to paralegal (2x) | 1 |
| 9/19/2023 | Hoffman, James M. | 0.40 | $ 535.00 | $ 214.00 | Respond re: blanks in transcripts so evidence is assembled for Adversary proceedings, seek updated transcripts | 1 |
| 9/20/2023 | Margulies, Miriam | 3.70 | $ 200.00 | $ 740.00 | Continue review of 3.15.23 341 meeting transcript, listen and compare with audio (1.6 hr long) in it's entirety, mark up edits | 1 |
| 10/18/2023 | Margulies, Miriam | 0.30 | $ 200.00 | $ 60.00 | Review MVA records, make list of vehicles | 1 |
| Subtotal for Hoffman, Task 1 | | 6.80 | $ 485.00 | $ 3,298.00 | | |
| Subtotal for Hoffman, Task 1 | | 8.60 | $ 535.00 | $ 4,601.00 | | |
| Subtotal for Margulies, Task 1 | | 3.30 | $ 125.00 | $ 412.50 | | |
| Subtotal for Margulies, Task 1 | | 9.40 | $ 200.00 | $ 1,880.00 | | |
| Subtotal for Task 1 | | 28.10 | | $ 10,191.50 | General Administration and Fact Investigation | |
| 1/3/2023 | Hoffman, James M. | 0.20 | $ 485.00 | $ 97.00 | Call with Trustee re: lack of documents; writing to opposing Counsel | 2 |
| Subtotal for Hoffman, Task 2 | | 0.20 | $ 485.00 | $ 97.00 | | |

| | | | | | Offit Kurman, P.A. | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | Client Matter Time Details | |
| | | | | | Client: Margulies, Laura J. \| Debtor: CJ Cahill Design Build; Case No.: 22-16226 MCR | |
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| **Subtotal for Task 2** | | **0.20** | | **$ 97.00** | **General Correspondence with Trustee** | |
| 8/18/2023 | Hoffman, James M. | 0.50 | $ 535.00 | $ 267.50 | Start Aqua Bright Complaint from Master | 3 |
| 1/10/2024 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Make edits to Aqua-Bright Complaint | 3 |
| 1/11/2024 | Margulies, Miriam | 0.60 | $ 200.00 | $ 120.00 | Finish editing Aqua Bright Complaint, revise quotes and references to transcript, locate and assemble exhibits | 3 |
| 1/15/2024 | Hoffman, James M. | 0.50 | $ 590.00 | $ 295.00 | Revise Aqua Bright Complaint | 3 |
| 1/22/2024 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Assemble Summons and Complaint and prepare for service to Aqua Bright (.1); Draft Affidavit of Service (.1) | 3 |
| 2/12/2024 | Hoffman, James M. | 0.70 | $ 590.00 | $ 413.00 | Call Kevin from Aqua Bright (2x), negotiate, investigate additional facts about value of vehicle | 3 |
| 2/13/2024 | Hoffman, James M. | 0.60 | $ 590.00 | $ 354.00 | Review offer of Aqua Bright; create counter-offer for Trustee to consider, write to Trustee for approval | 3 |
| 2/14/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Edit offer to Aqua Bright per Trustee, send | 3 |
| 2/16/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Review new offer from Aqua Bright, respond to Defendant, write to Trustee about offer | 3 |
| 2/16/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Review response of Trustee, create new offer for Aqua Bright | 3 |
| 2/19/2024 | Margulies, Miriam | 1.50 | $ 200.00 | $ 300.00 | Review settlement terms and past negotiations with Aqua Bright, review complaint, history and facts, draft Motion to Approve Compromise (.8); Draft Notice (.3), Draft Consent Order (.3); Email to JH with notes (.1) | 3 |
| 2/19/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Review Aqua Bright message rejecting 2nd offer; Request for 1st offer (.1); write to Aqua Bright in Response (.1); Write to Trustee for approval (.1) | 3 |
| 2/19/2024 | Hoffman, James M. | 0.80 | $ 590.00 | $ 472.00 | Review Motion, Notice and Order re: Aqua Bright; Write to Defendant about Security Interest and Payment | 3 |
| 3/26/2024 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Complete MVA's Promissory Note for Aqua-Bright vehicle, compare with Settlement Agreement, make edits | 3 |
| 3/28/2025 | Margulies, Miriam | 0.50 | $ 200.00 | $ 100.00 | Draft lien release letter for Aqua-Bright, research MVA requirements, lien and vehicle info, FL notary acknowledgement | 3 |
| **Subtotal for Hoffman, Task 3** | | **0.50** | **$ 535.00** | **$ 267.50** | | |
| **Subtotal for Hoffman, Task 3** | | **3.90** | **$ 590.00** | **$ 2,301.00** | | |
| **Subtotal for Margulies, Task 3** | | **3.60** | **$ 200.00** | **$ 720.00** | | |
| **Subtotal for Task 3** | | **8.00** | | **$ 3,288.50** | **Complaint against Aqua-Bright Irrigation and Illumination, LLC** | |
| 9/13/2023 | Hoffman, James M. | 1.80 | $ 535.00 | $ 963.00 | Draft French Complaint, research records for French Complaint | 4 |
| 9/14/2023 | Hoffman, James M. | 1.80 | $ 535.00 | $ 963.00 | Draft French Complaint, research records re: French | 4 |
| 9/15/2023 | Hoffman, James M. | 2.30 | $ 535.00 | $ 1,230.50 | Research Legal Dominion and Control for French Adv. Proceedings of | 4 |

Exhibit A

| | | | | | Offit Kurman, P.A. | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | Client Matter Time Details | |
| | | | | | Client: Margulies, Laura J. \| Debtor: CJ Cahill Design Build; Case No.: 22-16226 MCR | |
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| 9/15/2023 | Hoffman, James M. | 0.90 | $ 535.00 | $ 481.50 | Revise French Complaint | 4 |
| 1/19/2024 | Margulies, Miriam | 1.00 | $ 200.00 | $ 200.00 | Review French Complaint, make edits, review bank statements and assemble transfers, research French's business 'Nobody Media, LLC (all done at once) | 4 |
| 1/19/2024 | Hoffman, James M. | 0.70 | $ 590.00 | $ 413.00 | Follow up on French Complaint, start to edit again | 4 |
| 1/22/2024 | Hoffman, James M. | 0.60 | $ 590.00 | $ 354.00 | Edit French Complaint | 4 |
| 1/25/2024 | Hoffman, James M. | 1.30 | $ 590.00 | $ 767.00 | Continue editing French Complaint, add 547 action | 4 |
| 1/26/2024 | Hoffman, James M. | 0.10 | $ 590.00 | $ 59.00 | Acquire Trustee approval to write to Defendant instead of filing immediately | 4 |
| 2/15/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Write to French Counsel about a response to negotiate | 4 |
| 2/5/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Write to French counsel re: status of responding to Complaint | 4 |
| 2/6/2024 | Hoffman, James M. | 0.70 | $ 590.00 | $ 413.00 | Draft response to French counsel questions re: Complaint, facts and case law | 4 |
| 2/6/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Call with Steve Goldberg re: French Complaint and legal issues | 4 |
| 2/21/2024 | Margulies, Miriam | 1.00 | $ 200.00 | $ 200.00 | Review Motion for Summary Judgment against French, make minor edits (.4); Review Memo, make minor edit, review all 341 transcripts of all debtors and add cites (.6) | 4 |
| 2/21/2024 | Hoffman, James M. | 4.30 | $ 590.00 | $ 2,537.00 | Prepare MSJ and Memo for French Complaint to assist in negotiations | 4 |
| 2/22/2024 | Margulies, Miriam | 0.30 | $ 200.00 | $ 60.00 | Finish review of MSJ against French, make edits | 4 |
| 2/22/2024 | Hoffman, James M. | 1.10 | $ 590.00 | $ 649.00 | Review base bank docs, Write to opposition to negotiate re: French transfer | 4 |
| 2/29/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Write to opposition, respond to them 2x re: settlement Status re French | 4 |
| 3/1/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Call with Steve Goldberg re: status French | 4 |
| 3/4/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Check Bar date to file complaint v. French | 4 |
| 3/13/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Attend Pretrial, prepare Consent to Entry of final order | 4 |
| 3/15/2024 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Review Complaint v. French, make edits | 4 |
| 3/15/2024 | Hoffman, James M. | 0.90 | $ 590.00 | $ 531.00 | Review Complaint v. French for filing, edit, revise MSJ, file | 4 |
| 3/18/2024 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Review Summons in French Complaint, draft Affidavit of Service | 4 |
| 4/18/2024 | McMillan, Niall D. | 0.30 | $ 340.00 | $ 102.00 | Review file re strategize discovery and motion planning. | 4 |
| 4/18/2024 | Hoffman, James M. | 1.60 | $ 590.00 | $ 944.00 | Analyze French Answer, strategy for discovery, amending Complaint, MSJ | 4 |
| 4/24/2024 | Hoffman, James M. | 0.80 | $ 590.00 | $ 472.00 | Search for proof of insolvency for hearing re French | 4 |
| 5/1/2024 | McMillan, Niall D. | 3.30 | $ 340.00 | $ 1,122.00 | Draft & research MSJ. | 4 |
| 5/1/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Review Bowers v. Atlanta Motor Speedway arguments (Re French Complaint) | 4 |
| 5/2/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Review status of French Amendment and MSJ | 4 |
| 5/8/2024 | McMillan, Niall D. | 3.20 | $ 340.00 | $ 1,088.00 | Draft & research amended complaint. | 4 |
| 5/9/2024 | McMillan, Niall D. | 3.20 | $ 340.00 | $ 1,088.00 | Draft & research amended complaint re add counts against Equinox. | 4 |
| 5/9/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Write to Ordene re: 26(f) edits, status of consent to Amended Complaint | 4 |
| 5/10/2024 | McMillan, Niall D. | 0.20 | $ 340.00 | $ 68.00 | Revise draft amended complaint | 4 |

| | | | | | | |
|---|---|---|---|---|---|---|
| <td colspan="6" align="center">**Offit Kurman, P.A.**</td> | |
| <td colspan="6" align="center">**Client Matter Time Details**</td> | |
| <td colspan="6" align="center">**Client: Margulies, Laura J. | Debtor: CJ Cahill Design Build; Case No.: 22-16226 MCR**</td> | |
| **Date** | **Timekeeper** | **Billed Hours** | **Billed Rate** | **Billed Amount** | **Narrative** | **Task** |
| 5/14/2024 | McMillan, Niall D. | 0.30 | $ 340.00 | $ 102.00 | Draft motion for leave to file amended complaint. | 4 |
| 5/14/2024 | Hoffman, James M. | 0.90 | $ 590.00 | $ 531.00 | Review Scheduling Order re: French, check status of consent to amending complaint, amend complaint | 4 |
| 5/15/2024 | McMillan, Niall D. | 1.70 | $ 340.00 | $ 578.00 | Draft motion for leave to amend complaint. | 4 |
| 5/15/2024 | Margulies, Miriam | 0.70 | $ 200.00 | $ 140.00 | Review Amended Complaint re French, make edits, prep in final, create redline copy, review Motion for Leave, edit, add cert of services to each | 4 |
| 5/16/2024 | Margulies, Miriam | 0.30 | $ 200.00 | $ 60.00 | Draft Praecipe re Redline Copy of Amended French Complaint, finalize for filing Amended Complaint, Redline Copy | 4 |
| 5/16/2024 | McMillan, Niall D. | 0.50 | $ 340.00 | $ 170.00 | Finalize amended complaint for filing. | 4 |
| 6/6/2024 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Review Summons on Equinox, Draft Affidavit of Service on Equinox and complete service | 4 |
| 6/6/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Check background of officer for new Defendant - Equinox, edit Certificate of Service for proper service (French Complaint) | 4 |
| 7/1/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Call with Kevin Kobbe, facts of case, extension of time re: French | 4 |
| 7/1/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Call with Trustee and write to Trustee about updates on French case | 4 |
| 7/17/2024 | Hoffman, James M. | 0.30 | $ 590.00 | $ 177.00 | Review Equinox answer | 4 |
| 7/29/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Check for Pre-trial in French, status, start 26(f) | 4 |
| 8/6/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Prepare 26(f) Statement, send to opposing counsel re: French | 4 |
| 8/29/2024 | Hoffman, James M. | 1.10 | $ 590.00 | $ 649.00 | Respond to opposing counsel, start discovery, send documents | 4 |
| 8/30/2024 | Margulies, Miriam | 0.50 | $ 200.00 | $ 100.00 | Begin draft Request for Production of Documents to French (.5); Begin drafting Request for Admissions to French (.4) | 4 |
| 8/30/2024 | Hoffman, James M. | 0.80 | $ 590.00 | $ 472.00 | Start discovery for Equinox and French, Interrogs, RPD and admissions | 4 |
| 8/30/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Write to Ordene re: French | 4 |
| 9/3/2024 | Margulies, Miriam | 0.70 | $ 200.00 | $ 140.00 | Begin drafting interrogatories to French | 4 |
| 9/3/2024 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Begin draft of Interrogatories to Equinox, review Equinox's answer to amended complaint | 4 |
| 9/9/2024 | Margulies, Miriam | 0.30 | $ 200.00 | $ 60.00 | Draft of Interrogatories to Equinox (.3); Draft Request for Production to Equinox (.2) | 4 |
| 9/16/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Review answer, discovery status re: French complaint | 4 |
| 10/2/2024 | Hoffman, James M. | 1.80 | $ 590.00 | $ 1,062.00 | Edit Interrogatories to French and Equinox | 4 |
| 10/3/2024 | Margulies, Miriam | 0.50 | $ 200.00 | $ 100.00 | Review JH's edits to French discovery, make small edits. | 4 |
| 10/3/2024 | Hoffman, James M. | 1.80 | $ 590.00 | $ 1,062.00 | Prepare two (2) RPDs and Requests for Admission re: French | 4 |
| 10/11/2024 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Finalize and serve Discovery Requests to French and Equinox (.2); Draft Certificate re: Discovery (2) (.2) | 4 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| **Offit Kurman, P.A.** | | | | | | |
| **Client Matter Time Details** | | | | | | |
| **Client: Margulies, Laura J. \| Debtor: CJ Cahill Design Build; Case No.: 22-16226 MCR** | | | | | | |
| **Date** | **Timekeeper** | **Billed Hours** | **Billed Rate** | **Billed Amount** | **Narrative** | **Task** |
| 11/6/2024 | Hoffman, James M. | 0.20 | $ 590.00 | $ 118.00 | Respond to Kobbe re: Equinox discovery, negotiations if possible re French | 4 |
| 11/6/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Call with Kobbe, no settlement because of Mr. French | 4 |
| 12/3/2024 | Hoffman, James M. | 3.80 | $ 590.00 | $ 2,242.00 | Prepare MSJ and Memo; review answers to discovery and include in MSJ and Memo re: French | 4 |
| 12/6/2024 | Hoffman, James M. | 2.80 | $ 590.00 | $ 1,652.00 | Edit MSJ and Motion for more facts | 4 |
| 12/9/2024 | Margulies, Miriam | 1.00 | $ 200.00 | $ 200.00 | Review French MSJ, Memo, make edits to both (.6); Draft proposed Order (.4) | 4 |
| 12/9/2024 | Hoffman, James M. | 0.90 | $ 590.00 | $ 531.00 | Investigate Sandy Spring Bank Lien, review docs, edit MSJ re: French | 4 |
| 12/9/2024 | Hoffman, James M. | 1.40 | $ 590.00 | $ 826.00 | Revise Order and Memo re: French complaint | 4 |
| 12/11/2024 | Hoffman, James M. | 0.60 | $ 590.00 | $ 354.00 | Review docs from French; respond re: where are responses to RPD? | 4 |
| 12/12/2024 | Hoffman, James M. | 0.60 | $ 590.00 | $ 354.00 | Review French responses to discovery and revise MSJ Memo | 4 |
| 12/13/2024 | Margulies, Miriam | 1.00 | $ 200.00 | $ 200.00 | Review Motion for Summary Judgment, edit certificate of service (.2); Review Memorandum, make minor edits, review and assemble exhibits, perform redactions on tax returns (.8) (review Memo and exhibits done concurrently) | 4 |
| 12/18/2024 | Hoffman, James M. | 0.50 | $ 590.00 | $ 295.00 | Review Stipulation to respond to MSJ and hearing, trial date with Opposing counsel re French | 4 |
| 12/26/2024 | Hoffman, James M. | 0.40 | $ 590.00 | $ 236.00 | Review deadlines on filing exhibits, hearing re French Complaint | 4 |
| 1/6/2025 | Hoffman, James M. | 0.90 | $ 650.00 | $ 585.00 | Start preparing for trial, witness and Exhibit Lists, Pre-Trial Memo format | 4 |
| 1/8/2025 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Research local rules re: transcripts as exhibits (.3); Begin drafting Witness and Exhibit List (.1) | 4 |
| 1/8/2025 | Margulies, Miriam | 0.30 | $ 200.00 | $ 60.00 | Begin drafting Pretrial Statement in Complaint v. French | 4 |
| 1/14/2025 | Hoffman, James M. | 0.60 | $ 650.00 | $ 390.00 | Review 2 oppositions to MSJ; write to opposing counsel about Stipulation of Facts and no hearing | 4 |
| 1/17/2025 | Margulies, Miriam | 0.20 | $ 200.00 | $ 40.00 | Edit Witness and Exhibit List and Pretrial Statement, locate, assemble exhibits. | 4 |
| 1/22/2025 | Hoffman, James M. | 0.40 | $ 650.00 | $ 260.00 | Call with Ordene re: approach to Adv. Proc., oral argument and no witnesses | 4 |
| 1/23/2025 | Hoffman, James M. | 0.30 | $ 650.00 | $ 195.00 | Edit Stipulation and write to opposing counsel | 4 |
| 1/23/2025 | Hoffman, James M. | 1.10 | $ 650.00 | $ 715.00 | Prepare notes for hearing | 4 |
| 1/25/2025 | Hoffman, James M. | 1.20 | $ 650.00 | $ 780.00 | Review Oppositions to MSJ in detail, craft rebuttal arguments | 4 |
| 2/12/2025 | Hoffman, James M. | 2.60 | $ 650.00 | $ 1,690.00 | Review documents for adding facts to French complaint | 4 |
| 3/3/2025 | Hoffman, James M. | 1.60 | $ 650.00 | $ 1,040.00 | Prepare notes for hearing | 4 |
| 3/4/2025 | Margulies, Miriam | 0.60 | $ 200.00 | $ 120.00 | Prepare hearing binder for hearing on Motion for Summary Judgment | 4 |
| 3/4/2025 | Hoffman, James M. | 1.20 | $ 650.00 | $ 780.00 | Research timing and cases for argument re French | 4 |
| 3/5/2025 | Hoffman, James M. | 1.40 | $ 650.00 | $ 910.00 | Research, edit hearing notes | 4 |
| 3/6/2025 | Hoffman, James M. | 2.40 | $ 650.00 | $ 1,560.00 | Review notes; review cases, add estoppel, work on arguments | 4 |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | **Offit Kurman, P.A.** | |
| | | | | | **Client Matter Time Details** | |
| | | | | | **Client: Margulies, Laura J. \| Debtor: CJ Cahill Design Build; Case No.: 22-16226 MCR** | |
| Date | Timekeeper | Billed Hours | Billed Rate | Billed Amount | Narrative | Task |
| 3/7/2025 | Hoffman, James M. | 2.60 | $ 650.00 | $ 1,690.00 | Research Derivium case to rebut defense of Equinox, bank statements complete, search for more facts to help argument | 4 |
| 3/8/2025 | Hoffman, James M. | 1.10 | $ 650.00 | $ 715.00 | Prepare and edit arguments | 4 |
| 3/10/2025 | Hoffman, James M. | 0.90 | $ 650.00 | $ 585.00 | Prepare argument for hearing print cases, edit argument | 4 |
| 3/11/2025 | Hoffman, James M. | 2.30 | $ 650.00 | $ 1,495.00 | Attend oral argument, hearing, call client | 4 |
| **Subtotal for Hoffman, Task 4** | | **6.80** | **$ 535.00** | **$ 3,638.00** | | |
| **Subtotal for Hoffman, Task 4** | | **35.20** | **$ 590.00** | **$ 20,768.00** | | |
| **Subtotal for Hoffman, Task 4** | | **20.60** | **$ 650.00** | **$ 13,390.00** | | |
| **Subtotal for Margulies, Task 4** | | **10.40** | **$ 200.00** | **$ 2,080.00** | | |
| **Subtotal for McMillan, Task 4** | | **12.70** | **$ 340.00** | **$ 4,318.00** | | |
| **Subtotal for Task 4** | | **85.70** | | **$ 44,194.00** | **Complaint against Dylan French and Equinox Innovative** | |
| 2/11/2025 | Margulies, Miriam | 0.50 | $ 200.00 | $ 100.00 | Import time entries to-date to Excel, review, analyze and mark entries to move to Botanical, correct minor typos, edit some entries for better clarification | 5 |
| 2/24/2025 | Margulies, Miriam | 0.80 | $ 200.00 | $ 160.00 | Review spreadsheets, Jim's notes, cross check against other cases, respond to J.H.'s notes, mark up additional entries to move | 5 |
| 3/11/2025 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Review entries to create tasks, begin categorization of lengthy time entries | 5 |
| 3/12/2025 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Finish categorizing time entries (.3); Email to J. Hoffman with notes (.1) | 5 |
| 3/12/2025 | Margulies, Miriam | 2.00 | $ 200.00 | $ 400.00 | Begin drafting narrative of fee Application, start reviewing case history, filings, pleadings, Adv. Proc. | 5 |
| 3/14/2025 | Margulies, Miriam | 0.40 | $ 200.00 | $ 80.00 | Review JH's edits to time records and entries to move, compare w/ Botanical and C. Cahill, respond | 5 |
| 4/7/2025 | Margulies, Miriam | 0.00 | $ 200.00 | $ - | Move time entries to final format and separate by task, calculate subtotals by task, timekeeper, rate (.6) (no charge) | 5 |
| 4/8/2025 | Margulies, Miriam | 0.00 | $ 200.00 | $ - | Continue drafting fee application, add more detail to previous draft, add task time subtotals (no charge) (1.3) | 5 |
| 4/14/2025 | Margulies, Miriam | 0.00 | $ 200.00 | $ - | Continue fee application - French Complaint narrative (no charge) (0.6) | 5 |
| 4/15/2025 | Margulies, Miriam | 0.00 | $ 200.00 | $ - | Finish drafting fee application, continue reviewing history of French complaint (1.20) | 5 |
| **Subtotal for Margulies, Task 5** | | **4.50** | **$ 200.00** | **$ 900.00** | **This amount does not include 3.7 hours of unbilled hours for $740 of fees** | |
| **Subtotal for Task 5** | | **4.50** | | **$ 900.00** | **Application for Compensation** | |

Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| <td colspan="7" align="center">**Offit Kurman, P.A.**</td> |
| <td colspan="7" align="center">**Client Matter Time Details**</td> |
| <td colspan="7" align="center">**Client: Margulies, Laura J. | Debtor: CJ Cahill Design Build; Case No.: 22-16226 MCR**</td> |
| **Date** | **Timekeeper** | **Billed Hours** | **Billed Rate** | **Billed Amount** | **Narrative** | **Task** |
| | Summary | Hrs | Amount | | | |
| | Total for Task 1 | 28.10 | $ 10,191.50 | | | |
| | Total for Task 2 | 0.20 | $      97.00 | | | |
| | Total for Task 3 | 8.00 | $   3,288.50 | | | |
| | Total for Task 4 | 85.70 | $ 44,194.00 | | | |
| | Total for Task 5 | 4.50 | $      900.00 | | | |
| | TOTAL TIME | 126.50 | $ 58,671.00 | | | |