410-484-2142                                                          FAX (443)352-3282

## LARRY STRAUSS, CPA, MST, CIRA
### 2310 SMITH AVENUE
### BALTIMORE, MARYLAND  21209

**CJ Cahill Design Build Bankruptcy Estate**
**c/o Laura J Margulies, Trustee**
**7050 W. Palmetto Park Road, Ste. 15-390**
**Boca Raton, FL 33433**

*Invoice number 596*
*4/7/2025*

For Professional Services:                          Hours          Rate

| Date | Description | Name | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/13/2023 | Extension prep and filing | Strauss | 0.60 | $ 500.00 | 300.00 |
| 4/23/2023 | Respond to attorney | Strauss | 0.50 | $ 500.00 | 250.00 |
| 4/25/2023 | Doc review and POA prep | Strauss | 0.60 | $ 500.00 | 300.00 |
| 5/31/2023 | signing POA and trying to fax | Silver | 0.30 | $ 390.00 | 117.00 |
| 6/12/2023 | calling the IRS re: ERC refund status | Silver | 0.20 | $ 390.00 | 78.00 |
| 6/22/2023 | retrieve info from accounting firm and review | Strauss | 0.60 | $ 500.00 | 300.00 |
| 6/22/2023 | review documents provided and send out e-mail regarding missing info | Strauss | 0.60 | $ 500.00 | 300.00 |
| 6/27/2023 | responding to email re: ERC refunds | Silver | 0.10 | $ 390.00 | 39.00 |
| 6/28/2023 | ERC - looked over numbers to determine ERC eligibility | Sussman | 1.40 | $ 345.00 | 483.00 |
| 6/28/2023 | ERC review with staff and gather info | Strauss | 2.00 | $ 500.00 | 1000.00 |
| 7/4/2023 | created ninety day preference report, worked on three year insider transfer report, continued investigating recordation of revenue | Sussman | 2.50 | $ 345.00 | 862.50 |
| 7/4/2023 | preference analysis | Strauss | 0.40 | $ 500.00 | 200.00 |
| 7/5/2023 | backed up quickbooks onto office computer, printed out ninty day preference report | Sussman | 0.10 | $ 345.00 | 34.50 |
| 7/6/2023 | created and printed preference reports | Sussman | 1.30 | $ 345.00 | 448.50 |
| 7/6/2023 | review qb | Strauss | 0.70 | $ 500.00 | 350.00 |
| 7/10/2023 | sent preference reports to trustee along with an explanation of the reports | Sussman | 0.90 | $ 345.00 | 310.50 |
| 7/17/2023 | tax return prep | Sussman | 1.20 | $ 345.00 | 414.00 |
| 7/18/2023 | tax return prep | Sussman | 2.00 | $ 345.00 | 690.00 |
| 7/19/2023 | tax return prep | Sussman | 0.30 | $ 345.00 | 103.50 |
| 8/2/2023 | finalize returns 505b  sign and send | Strauss | 1.80 | $ 500.00 | 900.00 |
| 3/13/2024 | extensions | Sussman | 0.10 | $ 365.00 | 36.50 |
| 4/8/2024 | Started return | Shoob | 0.10 | $ 175.00 | 17.50 |
| 4/15/2024 | 1120S/Bankruptcy | Ray | 0.20 | $ 295.00 | 59.00 |

| Date | Description | Biller | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/17/2024 | 1120 S/Bankruptcy | Ray | 0.70 | $ 295.00 | 206.50 |
| 5/13/2024 | 2023 1120 and 505b letter | Shoob | 0.60 | $ 175.00 | 105.00 |
| 5/13/2024 | prep and review collate sign and mail | Strauss | 1.80 | $ 525.00 | 945.00 |
| 6/5/2024 | Update address | Shoob | 0.10 | $ 175.00 | 17.50 |
| 6/10/2024 | reprinting returns with new address | Sussman | 0.60 | $ 365.00 | 219.00 |
| 6/25/2024 | Reprocess tax filing 2023 with new address | Strauss | 1.00 | $ 525.00 | 525.00 |
| 2/27/2025 | 2024 tax return | Shoob | 1.00 | $ 185.00 | 185.00 |
| 4/7/2025 | tax return preparation 2024 | shoob | 1.50 | $ 185.00 | 277.50 |
| 4/7/2025 | tax return preparation; review; collade sign and mail | Strauss | 1.20 | $ 550.00 | 660.00 |
| | | | 27.00 | | 10734.00 |

Processing fee ($100 per return)　　　　　　　　　$　500.00

Amount due　　　　　　$ 11,234.00

| Biller | Hourly Rate | Hours | Amount |
|---|---|---|---|
| Larry Strauss | $ 550.00 | 1.20 | $ 660.00 |
| Larry Strauss | $ 525.00 | 2.80 | $ 1,470.00 |
| Larry Strauss | $ 500.00 | 7.80 | $ 3,900.00 |
| Orly Silver | $ 390.00 | 0.60 | $ 234.00 |
| Sholom dov Sussman | $ 365.00 | 0.70 | $ 255.50 |
| Sholom dov Sussman | $ 345.00 | 9.70 | $ 3,346.50 |
| Michael Ray | $ 295.00 | 0.90 | $ 265.50 |
| Michael Shoob | $ 185.00 | 2.50 | $ 462.50 |
| Michael Shoob | $ 175.00 | 0.80 | $ 140.00 |
| | | | $ 10,734.00 |
| | | 27.00 | |
| Blended rate | | | $ 397.56 |