UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE:<br>CJ CAHILL DESIGN BUILD INC.<br><br>Debtor(s) | Case No. 22-16226-MCR<br><br>CHAPTER 7 |

ORDER APPROVING
(A) TRUSTEE'S COMPENSATION AND REIMBURSEMENT OF EXPENSES; AND
(B) COMPENSATION OF TRUSTEE'S COUNSEL; AND
(C) <u>COMPENSATION OF TRUSTEE'S ACCOUNTANT AND REIMBURSEMENT OF EXPENSES</u>

Before the Court for consideration are the following applications for compensation and expenses (the "Applications") filed herein by:

| APPLICANT | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Laura Margulies Trustee PC<br>Trustee's Compensation | $2,659.68 | $128.62 |
| Offit Kurman P.A.<br>Attorney for Trustee | $11,710.12 | $0.00 |
| Larry Strauss, CPA<br>Accountant for Trustee | $3,903.37 | $0.00 |
| Larry Strauss, CPA<br>Other Professional's Expenses | $0.00 | $487.93 |

It appearing to the Court that notice of the Applications was duly given to all parties in interest, that no objection to the Applications was filed timely, that the Applications have been reviewed by the United States Trustee, and that the Applications should be approved, it is hereby, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the compensation and expenses as hereinabove set out be allowed in the amounts requested in the Applications.

**COPIES TO:**

Laura Margulies Trustee PC
Chapter 7 Trustee
7050 W. Palmetto Park Rd., Ste. 15-390
Boca Raton, FL 33433


Jeanette Rice, Esq.
Assistant U.S. Trustee
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20877

**\*\*\*END OF ORDER\*\*\***