| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 22-16226<br>District of Maryland<br>Greenbelt<br>Mon Jul 14 10:11:53 EDT 2025 | CJ Cahill Design Build Inc.<br>5011 B LAYTONSVILLE ROAD<br>Olney, MD 20832-1903 | Johnson Family Enterprises, LLC<br>c/o Catherine Keller Hopkin, Esquire<br>YVS Law, LLC<br>185 Admiral Cochrane Drive, Suite 130<br>Annapolis, MD 21401-7582 |
| Sandy Spring Bank<br>Henry & O'Donnell, P.C.<br>c/o Kevin M.O'Donnell<br>300 N. Washington St., Ste. 204<br>Alexandria, VA 22314-2530 | Anibal C Aguilar<br>1415 Kanawha Street Apt#101<br>Hyattsville, MD 20783-3942 | Atricain Interios LLC<br>2010 Clipper Park Road<br>Baltimore MD 21211-1439 |
| B&B Sheet Metal<br>25-40 50th Ave<br>Long Island City, NY 11101-4421 | Balmer J Barientos-Portillo<br>9301 19th Avenue Apt 203<br>Hyattsville, MD 20783-2302 | Banegas Mechanical Services<br>7605 Mane Lane<br>District Heights, MD 20747-2406 |
| Banegas Mechanical Services LLC<br>7605 Mane Ln<br>Forestville, MD 20747-2406 | Carlos S Guerra<br>8115 Riggs Rd<br>Hyattsville, MD 20783-2236 | Christopher Cahill<br>5011 Olney Laytonsville Road B<br>Olney, MD 20832-1903 |
| Christopher J Cahill<br>3539 Porter Street, NW<br>Washington, DC 20016-3177 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>7 ST PAUL STREET SUITE 230<br>BALTIMORE MD 21202-1626 | DC GOV'T OFFICE OF TAX AND REVENUE<br>P.O. BOX 37559<br>WASHINGTON, DC 20013-7559 |
| Delvin J Guerra Esquivel<br>225 University Blvd E.<br>Silver Spring, MD 20901-4744 | Dizon Almazan Landaverde<br>9301 19th Avenue, Apt. 203<br>Hyattsville, MD 20783-2302 | Douglas Flores Welding<br>4921 Monroe Street<br>Bladensburg, MD 20710-2315 |
| Dylan French<br>5505 16th Street, NW<br>Washington, DC 20011-6822 | Dylan French<br>c/o Jason S. Ordene<br>7315 Wisconsin Ave. STE 800 West<br>Bethesda, MD 20814-3202 | Eliuth Mata<br>9608 Small Drive<br>Clinton, MD 20735-3543 |
| Elmer Adonelser<br>9301 19th Avenue, Apt. 203<br>Hyattsville, MD 20783-2302 | Erie Insurance<br>100 Erie place<br>Erie, PA 16530-0001 | Ermel I Guitierrez Diaz<br>5600 Queens Chapel Rd Apt 3<br>Hyattsville, MD 20782-3853 |
| Eugene and Jennifer Krichevsky<br>6904 Armat Dr<br>Bethesda, MD 20817-2102 | F&B Electric<br>3037 Lorena Ave<br>Baltimore, MD 21230-2733 | F&B Electric<br>622 Washinton Ave<br>Halethorpe, MD 21227-3121 |
| F&B Electric LLC<br>622 Washington Ave<br>Halethorpe, MD 21227-3121 | Fatima G Guevara<br>23308 Wilderness Walk Ct<br>Gaithersburg, MD 20882-2733 | Graber & Associates<br>6210 Park Heights Ave #101<br>Baltimore, MD 21215-3626 |

| | | |
|---|---|---|
| Hector M Martinez<br>4720 Brandon Lane<br>Beltsville, MD 20705-2638 | Henry F Gutierrez<br>5600 Queens Chapel Rd Apt 3<br>Hyattsville, MD 20782-3853 | Henry N Esquivel<br>9411 Avenel Rd<br>Silver Spring, MD 20903-2306 |
| Hernandez Gonzalez Flooring<br>13401 Buchanan Drive<br>Fort Washington, MD 20744-2932 | Humberto Flores<br>440 N Summit Avenue Apt. 104<br>Gaithersburg, MD 20877-3209 | JG Plumbing LLC<br>3349 Apgar Pl<br>Herndon, VA 20170 |
| James and Elizabeth Kramer<br>9890 Windy Hollow Road<br>Great Falls, VA 22066-3551 | Jennifer and Eugene Krichevsky<br>6904 Armat Drive<br>Bethesda, MD 20817-2102 | Jesenia R Gonzalez<br>9220 Alcona Street<br>Lanham Seabrook, MD 20706-2461 |
| Jim and Autumn Vandehei<br>418 West Braddock Road<br>Alexandria, VA 22302-4209 | John and Patrick McCusker<br>220 Virginia Avenue<br>Alexandria, VA 22302-2906 | John and Patrick McCusker<br>2202 Virginia Avenue<br>Alexander, VA 22302 |
| Johnson Family Enterprises LLC<br>P. O. Box 341207<br>Bethesda, MD 20827-1207 | Jorge Ascencio<br>7808 Kennewick Avenue, Apt. 101<br>Takoma Park, MD 20912-7431 | Jorge Mata Bartolo<br>9608 Small Drive<br>Clinton, MD 20735-3543 |
| Jose A Guerra Lopez<br>6821 Red Top Road Apt. T2<br>Takoma Park, MD 20912-5982 | Juan Francisco Almazan<br>9301 19th Avenue, Apt. 203<br>Hyattsville, MD 20783-2302 | Kendall Day and Danielle Baussan<br>c/o Ziad P. Haddad, Esq.<br>Tobin O'Connor & Ewing 5335 Wiscons<br>Washington, DC 20015-2030 |
| Kendall and Danielle Day<br>5420 Sherier Place, NW<br>Washington, DC 20016-2562 | Laura Margulies, Trustee<br>For the Estate of Botanical Decorators,<br>1680 E. Gude Drive, Suite 200<br>Rockville, MD 20850-1371 | Luciano Almazan Ramos<br>9301 19th Avenue Apt 203<br>Hyattsville, MD 20783-2302 |
| MC Plumbing<br>6715 Poplar Street<br>Falls Church, VA 22042-2125 | Marcos J Ledo<br>4910 McCall Street<br>Rockville, MD 20853-3731 | Mario A Galindo<br>3703 Weller Road<br>Silver Spring, MD 20906-4370 |
| Michelle and Robert LaBelle<br>9893 Windy Hollow Rd<br>Great Falls, VA 22066-3552 | Michelleand Robert LaBelle<br>9893 Windy Hollow Rd<br>Great Falls, VA 22066-3552 | Miguel A Hernandez<br>11507 Patapsco Drive<br>Rockville, MD 20852-2453 |
| Otto Esquivel-Perez<br>8044 Watermill Court<br>Elkridge, MD 21075-6145 | PEDRO TORRES<br>11407 STATEN CT<br>GERMANTOWN MD, MD 20876-1717 | Patrick James McCusker<br>220 Virginia Ave.<br>Alexandria, VA 22302-2906 |

| | | |
|---|---|---|
| Patrick and Jenny McCusker<br>220 Virginia Avenue<br>Alexandria, VA 22302-2906 | Phil and Dawn Garrett<br>1416 Janneys Lane<br>Alexandria, VA 22302-3807 | Robert Barusefski<br>1499 Massachusetts Avenue #G02<br>Washington, DC 20005-2836 |
| Robert J. LaBelle<br>9893 Windy Hollow Road<br>Great Falls, VA 22066-3552 | Robert and Michelle LaBelle<br>9893 Windy Hollow Road<br>Great Falls, VA 22066-3552 | SGA Remodeling<br>11004 Cross Laurel Dr<br>Germantown, MD 20876-6301 |
| Sams Creek Construction<br>2810 Sams Creek Road<br>New Windsor, MD 21776-8009 | Samuel Lopez<br>701 Ethan Allen Ave Apt 207<br>Takoma Park, MD 20912-5430 | Sandy Spring Bank<br>Attn: Diana Wigginton, VP<br>6831 Benjamin Franklin Drive<br>Columbia, MD 21046-2633 |
| Scott and Shannon Forchheimer<br>c/o Jack McKenna, Esq.<br>Asmar Schor McKenna PLLC 5335 Wisconsin<br>Washington, DC 20015-2030 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2226 | TW Perry<br>8101 Snouffer School Rd<br>Gaithersburg, MD 20879-1505 |
| TWP Enterprises Inc.<br>8101 Snouffer School Road<br>Gaithersburg, MD 20879-1505 | Taxing Authority of Montgomery County<br>Division of Treasury<br>255 Rockville Pike, Ste.  L-15<br>Rockville, MD 20850-4188 | Tim and Ginny O'Connor<br>20016 Belle Chase Drive<br>Gaithersburg, MD 20882-1261 |
| Tristar Electric<br>2979 Jessup Road<br>Jessup, MD 20794-9724 | Tyson R Bateman<br>445 Foxrigde Drive SW<br>Leesburg, VA 20175-2512 | William Rodas<br>14151 Renegade Court<br>Woodbridge, VA 22193-3728 |
| YEZPEDROS'SERV.<br>11407 STATEN CT<br>Germantown, MD 20876-1717 | Yadin O Gutierrez<br>5600 Quennd Chapel Rd Apt 3<br>Hyattsville, MD 20782-3853 | Dylan French<br>c/o Bregman, Berbert, Schwartz, & Gilday<br>7315 Wisconsin Ave.<br>Suite 800 West<br>Bethesda, MD 20814-3217 |
| James Hoffman<br>4800 Montgomery Lane<br>Bethesda, MD 20814-3429 | Larry Strauss Esq.<br>CPA & Associates, Inc.<br>2310 Smith Avenue<br>Baltimore, MD 21209-2611 | Laura J. Margulies<br>Laura Margulies, Trustee<br>7050 W. Palmetto Park Road<br>Suite 15-390<br>33433<br>Boca Raton, FL 33433-3426 |
| Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 | Nick Arrington<br>N. T. Arrington<br>P.O. Box 738<br>Gainesville, VA 20156-0738 | Pedro Torres<br>11407 Staten Ct.<br>Germantown, MD 20876-1717 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BFS Operations, LLC, successor in interest

(u)Autumn & Jim Vandehei
INVALID ADDRESS PROVIDED

(u)Campbell, Arar N
INVALID ADDRESS PROVIDED

(u)Chaiyim B Casavant
INVALID ADDRESS PROVIDED

(u)Elmer J Hernandez
INVALID ADDRESS PROVIDED

(u)Hernandez Golzolez Flooring
INVALID ADDRESS PROVIDED

(u)Pedro Coreas
INVALID ADDRESS PROVIDED

(u)Sams Creek

(u)Patrick McCusker

End of Label Matrix
Mailable recipients    86
Bypassed recipients     9
Total                  95