United States Bankruptcy Court
District of Maryland

In re:                                                                                                    Case No. 22-16226-MCR

CJ Cahill Design Build Inc.                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0                     User: admin                                        Page 1 of 2

Date Rcvd: Aug 14, 2025              Form ID: pdfall                                 Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

#                    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable,
                     the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

**Recip ID                     Recipient Name and Address**
db                   #+   CJ Cahill Design Build Inc., 5011 B LAYTONSVILLE ROAD, Olney, MD 20832-1903

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: Jeanette.Rice@usdoj.gov | | |
| | | Aug 14 2025 19:28:00 | Jeanette Rice, Esq., Assistant U.S. Trustee, Office of the U.S. Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20877 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025                          Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| C. Kevin Kobbe | |
| | kevin.kobbe@us.dlapiper.com  docketing-baltimore-0421@ecf.pacerpro.com |
| James M. Hoffman | |
| | jhoffman@offitkurman.com  mmargulies@offitkurman.com |

District/off: 0416-0            User: admin            Page 2 of 2

Date Rcvd: Aug 14, 2025            Form ID: pdfall            Total Noticed: 2

Jason S. Ordene

jordene@bregmanlaw.com mgomes@wtplaw.com

Kevin M. O'Donnell

kmo@henrylaw.com mbp@henrylaw.com,jtm@henrylaw.com,odonnell.kevinb@notify.bestcase.com

Laura J. Margulies

trustee@law-margulies.com lmargulies@ecf.axosfs.com,bkadmin@axosbank.com

Lawrence A. Katz

lkatz@hirschlerlaw.com chall@hirschlerlaw.com,aklena@hirschlerlaw.com

Maurice Belmont VerStandig

mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Richard M. Sissman

RSissmanesq@his.com


TOTAL: 8

Entered: August 14th, 2025
Signed: August 13th, 2025

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MARYLAND
### Greenbelt Division

| IN RE:<br>CJ CAHILL DESIGN BUILD INC.<br><br>Debtor(s) | Case No. 22-16226-MCR<br><br>CHAPTER 7 |
|---|---|

# ORDER APPROVING
**(A) TRUSTEE'S COMPENSATION AND REIMBURSEMENT OF EXPENSES; AND**
**(B) COMPENSATION OF TRUSTEE'S COUNSEL; AND**
**(C) COMPENSATION OF TRUSTEE'S ACCOUNTANT AND REIMBURSEMENT OF EXPENSES**

Before the Court for consideration are the following applications for compensation and expenses (the "Applications") filed herein by:

| APPLICANT | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Laura Margulies Trustee PC<br>Trustee's Compensation | $2,659.68 | $128.62 |
| Offit Kurman P.A.<br>Attorney for Trustee | $11,710.12 | $0.00 |
| Larry Strauss, CPA<br>Accountant for Trustee | $3,903.37 | $0.00 |
| Larry Strauss, CPA<br>Other Professional's Expenses | $0.00 | $487.93 |

It appearing to the Court that notice of the Applications was duly given to all parties in interest, that no objection to the Applications was filed timely, that the Applications have been reviewed by the United States Trustee, and that the Applications should be approved, it is hereby, by the United States Bankruptcy Court for the District of Maryland,

ORDERED that the compensation and expenses as hereinabove set out be allowed in the amounts requested in the Applications.

**<u>COPIES TO:</u>**

Laura Margulies Trustee PC
Chapter 7 Trustee
7050 W. Palmetto Park Rd., Ste. 15-390
Boca Raton, FL 33433


Jeanette Rice, Esq.
Assistant U.S. Trustee
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, MD 20877


**\*\*\*END OF ORDER\*\*\***