UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| CJ Cahill Design Build Inc. | § § | Case No. 22-16226 |
| Debtor | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Laura J. Margulies, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 96,529.94                    Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants: 0.00          Claims Discharged
                                                Without Payment: NA

Total Expenses of Administration: 19,750.00

---

3) Total gross receipts of $19,750.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $19,750.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $1.00 | $1.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 20,148.58 | 20,148.58 | 19,750.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 11,800.00 | 37,097.52 | 37,097.52 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,016,763.88 | 5,102,497.53 | 5,102,497.53 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,028,563.88 | $5,159,744.63 | $5,159,744.63 | $19,750.00 |

4) This case was originally filed under chapter 7 on 11/07/2022. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/12/2025           By:/s/Laura J. Margulies
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Unscheduled 2021 Nissan Van transferred to creditor on October 5, 2022 | 1241-000 | 19,750.00 |
| **TOTAL GROSS RECEIPTS** | | **$19,750.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Sandy Spring Bank | 4210-000 | 0.00 | 1.00 | 1.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$1.00** | **$1.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Laura Margulies Trustee PC | 2100-000 | NA | 2,659.68 | 2,659.68 | 2,659.68 |
| Laura Margulies Trustee PC | 2200-000 | NA | 128.62 | 128.62 | 128.62 |
| Axos Bank | 2600-000 | NA | 160.28 | 160.28 | 160.28 |
| Clerk, U.S. Bankruptcy Court | 2700-000 | NA | 700.00 | 700.00 | 700.00 |
| Offit Kurman P.A. | 3110-000 | NA | 12,000.00 | 12,000.00 | 11,710.12 |
| Larry Strauss, CPA | 3410-000 | NA | 4,000.00 | 4,000.00 | 3,903.37 |
| Larry Strauss, CPA | 3992-000 | NA | 500.00 | 500.00 | 487.93 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $20,148.58 | $20,148.58 | $19,750.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dizon Almazan Landaverde | | 1,440.00 | NA | NA | 0.00 |
| | Eliuth Mata | | 1,800.00 | NA | NA | 0.00 |
| | Elmer Adonelser | | 1,360.00 | NA | NA | 0.00 |
| | Jorge Ascencio | | 2,000.00 | NA | NA | 0.00 |
| | Jorge Mata Bartolo | | 1,280.00 | NA | NA | 0.00 |
| | Juan Francisco Almazan | | 1,920.00 | NA | NA | 0.00 |
| | Otto Esquivel-Perez | | 2,000.00 | NA | NA | 0.00 |
| 1 | Pedro Torres | 5300-000 | NA | 10,000.00 | 10,000.00 | 0.00 |
| 2 | Pedro Torres | 5300-000 | NA | 10,000.00 | 10,000.00 | 0.00 |
| 4 | Pedro Torres | 5300-000 | NA | 10,000.00 | 10,000.00 | 0.00 |
| 3 | Eugene And Jennifer Krichevsky | 5600-000 | NA | 3,350.00 | 3,350.00 | 0.00 |
| 7 | Robert And Michelle Labelle | 5600-000 | NA | 3,350.00 | 3,350.00 | 0.00 |
| 12 | DC Gov't Office of Tax and Revenue | 5800-000 | NA | 397.52 | 397.52 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $11,800.00 | $37,097.52 | $37,097.52 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Atricain Interios LLC | | 36,670.00 | NA | NA | 0.00 |
| | Banegas Mechanical Services | | 15,268.00 | NA | NA | 0.00 |
| | Christopher Cahill | | 150,000.00 | NA | NA | 0.00 |
| | Douglas Flores Welding | | 4,800.00 | NA | NA | 0.00 |
| | Erie Insurance | | 22,600.00 | NA | NA | 0.00 |
| | F&B Electric LLC | | 10,857.22 | NA | NA | 0.00 |
| | Graber & Associates, CPAs | | 8,656.80 | NA | NA | 0.00 |
| | Hernandez Gonzalez Flooring | | 16,728.00 | NA | NA | 0.00 |
| | James and Elizabeth Kramer | | 7,495.99 | NA | NA | 0.00 |
| | Jim and Autumn Vandehei | | 51,390.00 | NA | NA | 0.00 |
| | Kendall Day | | 27,042.00 | NA | NA | 0.00 |
| | MC Plumbing | | 23,400.00 | NA | NA | 0.00 |
| | Phil and Dawn Garrett | | 1.00 | NA | NA | 0.00 |
| | Sams Creek Construction | | 2,798.40 | NA | NA | 0.00 |
| | SGA Remodeling, LLC | | 33,700.00 | NA | NA | 0.00 |
| | Tim and Ginny O'Connor | | 21,075.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tristar Electric, Inc. | | 11,839.00 | NA | NA | 0.00 |
| | TWP Enterprises Inc. | | 18,545.77 | NA | NA | 0.00 |
| | William Rodas | | 32,250.00 | NA | NA | 0.00 |
| | YESPEDROS'SERV. | | 14,629.00 | NA | NA | 0.00 |
| 10 | Dylan French | 7100-000 | 29,365.70 | 688,585.64 | 688,585.64 | 0.00 |
| 3 | Eugene And Jennifer Krichevsky | 7100-000 | 1.00 | 214,206.50 | 214,206.50 | 0.00 |
| 6 | Laura Margulies, Trustee | 7100-000 | NA | 538,000.00 | 538,000.00 | 0.00 |
| 8 | Patrick James Mccusker | 7100-000 | 2,650.00 | 2,150,000.00 | 2,150,000.00 | 0.00 |
| 1 | Pedro Torres | 7100-000 | NA | 4,629.00 | 4,629.00 | 0.00 |
| 2 | Pedro Torres | 7100-000 | NA | 4,629.00 | 4,629.00 | 0.00 |
| 7 | Robert And Michelle Labelle | 7100-000 | 475,001.00 | 1,368,971.10 | 1,368,971.10 | 0.00 |
| 9 | Sandy Spring Bank | 7100-000 | 0.00 | 35,157.34 | 35,157.34 | 0.00 |
| 11 | Johnson Family Enterprises Llc | 7200-000 | NA | 98,318.95 | 98,318.95 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $1,016,763.88 | $5,102,497.53 | $5,102,497.53 | $0.00 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 22-16226 | MCR | Judge: | Maria Ellena Chavez-Ruark | Trustee Name: | Laura J. Margulies |
|---|---|---|---|---|---|---|
| Case Name: | CJ Cahill Design Build Inc. | | | | Date Filed (f) or Converted (c): | 11/07/2022 (f) |
| | | | | | 341(a) Meeting Date: | 12/13/2022 |
| For Period Ending: | 09/12/2025 | | | | Claims Bar Date: | 02/14/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Sandy Spring Bank Checking 8601  Lien on account exceeds value | 520.69 | 520.69 | | 0.00 | FA |
| 2. Insurance policy refund | 750.00 | 750.00 | | 0.00 | FA |
| 3. Imminent, expected employee retention credit for $90,000  IRS says no such credit to this debtor, therefore no value to estate. | 90,000.00 | 90,000.00 | | 0.00 | FA |
| 4. Material inventory: windows, doors, lumber, locks, fans, miscellaneous lighting | 3,400.00 | 0.00 | | 0.00 | FA |
| 5. Apple desktop, 2 iPad Pros, Apple laptop | 359.00 | 0.00 | | 0.00 | FA |
| 6. Small tools and equipment: cut saw; air compressor; nail guns; hoses; and generator | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Internet domain names and websites http://ww.cahillcompanies.com/ (Partial interest indicated, with Christopher Cahill, Botanical Decorators, Inc., and one other entity each having an at least colorable claim to ownership). (u) | 0.25 | 1.00 | | 0.00 | FA |
| 8. Unscheduled 2021 Nissan Van transferred to creditor on October 5, 2022 (u) | 29,000.00 | 19,750.00 | | 19,750.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $125,529.94 | $111,021.69 | | $19,750.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 8

7/14/25 - NFR & support documents filed with the Court. LM
7/11/25 - TFR filed with the Court.
6/24/25 - Trustee filed withdrawal for docket #77, wrong TFR filed. LM
6/23/25 - TFR for the personal case of Christopher Cahill filed on the docket. LM
6/04/25 - TFR withdrawn from docket to pay adversary case fee.  New TFR documents submitted to UST Trustee's office. LM
5/2/25 - TFR Submitted to US Trustee's office. LM
3/4/25 - Aqua Bright is making regular payments.
12/10/24 - Aqua Bright is making regular, timely payments.
10/01/24 - Aqua Bright is making regular, timely payments.
7/16/24 Payment 5 of 14 received from Aqua Bright Irrigation & Illumination.
6/18/24 - Adv Pro. ag. Dylan French and Equinox filed, trial set for March 11, 2025.
6/7/24 Payment received for Aqua Bright
5/6/24 Payment received for Aqua Bright
3/05/24 - Aqua Bright has made first monthly payment for settlement of adv pro.  Lump sum previously received on 2/28/24.
12/18/23 - Mediation with Jeff Orenstein scheduled for January 8, 2023.
9/4/23- JHoffman drafted complaints for preferences and will file shortly.
6/14/23 - Meeting held.  Case is already asset, attorney Hoffman continues to review case for fraud/preferential transfers.
5/22/23 - Case continued to 6/14/23 at 2.
3/27/23- Bank records received from Sandy Spring, JHoffman investigating for preferences and fraud. conveyances.
3/15/23 - Meeting held and continued to June 14.
2/15/22 - Meeting held and continued to Mar. 15.
12/13/22 - Meeting held and continued to Jan. 11.
11/16/22 - Designation as asset case.


Initial Projected Date of Final Report (TFR): 05/15/2026        Current Projected Date of Final Report (TFR): 05/15/2026

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 22-16226 | Trustee Name: | Laura J. Margulies |
|---|---|---|---|
| Case Name: | CJ Cahill Design Build Inc. | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX1225 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2678 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 09/12/2025 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/28/24 | 8 | Aqua Bright Irrigation & Illumination, LLC<br>12885 Old Frederick Road<br>Sykesville, MD 21784 | Lump sum payment before monthly installments begin per Motion dated Feb. 27, 2024 in ap case no. 24-00014 | 1241-000 | $2,000.00 | | $2,000.00 |
| 03/05/24 | 8 | Aqua Bright Irrigation & Illumination, LLC<br>12885 Old Frederick Road<br>Sykesville, MD 21784 | Payment 1 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014.  Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $3,268.00 |
| 04/02/24 | 8 | Aqua Bright Irrigation & Illumination, LLC<br>12885 Old Frederick Road<br>Sykesville, MD 21784 | Payment 2 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014.  Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $4,536.00 |
| 05/06/24 | 8 | Aqua Bright Irrigation & Illumination, LLC<br>12885 Old Frederick Road<br>Sykesville, MD 21784 | Payment 3 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014.  Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $5,804.00 |
| 06/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $6.18 | $5,797.82 |
| 06/07/24 | 8 | Aqua Bright Irrigation & Illumination, LLC<br>12885 Old Frederick Road<br>Sykesville, MD 21784 | Payment 4 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014.  Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $7,065.82 |
| 07/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.28 | $7,058.54 |
| 07/16/24 | 8 | Aqua Bright Irrigation & Illumination, LLC<br>12885 Old Frederick Road<br>Sykesville, MD 21784 | Payment 5 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014.  Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $8,326.54 |
| 08/01/24 | 8 | Aqua Bright Irrigation & Illumination, LLC<br>12885 Old Frederick Road<br>Sykesville, MD 21784 | Payment 6 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014.  Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $9,594.54 |
| 08/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $8.52 | $9,586.02 |

|  |  | Page Subtotals: | $9,608.00 | $21.98 |
|---|---|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 22-16226 | Trustee Name: | Laura J. Margulies |
|---|---|---|---|
| Case Name: | CJ Cahill Design Build Inc. | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX1225 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2678 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 09/12/2025 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/03/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.58 | $9,575.44 |
| 09/09/24 | 8 | Aqua Bright Irrigation & Illumination 12885 Old Frederick Road Sykesville, MD 21784 | Payment 7 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014. Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $10,843.44 |
| 10/01/24 | 8 | Aqua Bright Irrigation & Illumination 12885 Old Frederick Road Sykesville, MD 21784 | Payment 8 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014. Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $12,111.44 |
| 10/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.50 | $12,099.94 |
| 11/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.36 | $12,086.58 |
| 11/13/24 | 8 | Aqua Bright Irrigation & Illumination 12885 Old Frederick Road Sykesville, MD 21784 | Payment 9 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014. Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $13,354.58 |
| 12/02/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.73 | $13,340.85 |
| 12/10/24 | 8 | Aqua Bright Irrigation & Illumination 12885 Old Frederick Road Sykesville, MD 21784 | Payment 10 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014. Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $14,608.85 |
| 01/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.72 | $14,593.13 |
| 02/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.11 | $14,577.02 |

Page Subtotals: $5,072.00  $81.00

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 22-16226 | Trustee Name: Laura J. Margulies |
| Case Name: CJ Cahill Design Build Inc. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX1225 |
| | Checking |
| Taxpayer ID No: XX-XXX2678 | Blanket Bond (per case limit): $3,000,000.00 |
| For Period Ending: 09/12/2025 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/09/25 | 8 | Aqua Bright Irrigation & Illumination, LLC<br>12885 Old Frederick Rd<br>Sykesville, MD 21784 | Payment 11, and payment 12 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014. Final payment will be $1,266.00. Payor made a double payment. | 1241-000 | $2,536.00 | | $17,113.02 |
| 03/03/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.25 | $17,096.77 |
| 03/04/25 | 8 | Aqua Bright Irrigation & Illumination<br>12885 Old Frederick Road<br>Sykesville, MD 21784 | Payment 13 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014. Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $18,364.77 |
| 03/12/25 | 8 | Aqua Bright Irrigation & Illumination<br>12885 Old Frederick Road<br>Sykesville, MD 21784 | Payment 13 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014. Final payment will be $1,266.00 | 1241-000 | $1,268.00 | | $19,632.77 |
| 03/13/25 | 8 | Aqua Bright Irrigation & Illumination<br>12885 Old Frederick Road<br>Sykesville, MD 21784 | Payment 13 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014. Final payment will be $1,266.00 Reversal<br>Insufficient funds check | 1241-000 | ($1,268.00) | | $18,364.77 |
| 03/28/25 | 8 | Aqua Bright Irrigtion & Illumination, LLC<br>12885 Old Frederick Rd<br>Sykesville, MD 21784 | Final payment - Payment 14 of 14 for $1,268.00 per Motion dated Feb. 27, 2024 in ap case no. 24-00014. Final payment will be $1,266.00 | 1241-000 | $1,266.00 | | $19,630.77 |
| 04/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.10 | $19,610.67 |
| 05/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.95 | $19,589.72 |
| 08/15/25 | 101 | Clerk, U.S. Bankruptcy Court<br>Clerk, U.S. Bankruptcy Court<br>6500 CHERRYWOOD LANE<br>GREENBELT, MD 20770 | Final distribution creditor account # representing a payment of 100.00% per court order. | 2700-000 | | $700.00 | $18,889.72 |
| | | | Page Subtotals: | | $5,070.00 | $757.30 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 22-16226 | Trustee Name: | Laura J. Margulies |
| Case Name: | CJ Cahill Design Build Inc. | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX1225 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2678 | Blanket Bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 09/12/2025 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/15/25 | 102 | Laura Margulies Trustee PC<br>7050 W. Palmetto Park Rd., Ste. 15-390<br>Boca Raton, FL 33433 | Distribution | | | $2,788.30 | $16,101.42 |
| | | Laura Margulies Trustee PC | Final distribution creditor account # representing a payment of 100.00% per court order.   ($2,659.68) | 2100-000 | | | |
| | | Laura Margulies Trustee PC | Final distribution creditor account # representing a payment of 100.00% per court order.   ($128.62) | 2200-000 | | | |
| 08/15/25 | 103 | Offit Kurman P.A.<br>Attn: Jim Hoffman<br>7501 Wisconsin Ave, Ste 1000W<br>Bethesda, MD 20814 | Final distribution creditor account # representing a payment of 97.58% per court order. | 3110-000 | | $11,710.12 | $4,391.30 |
| 08/15/25 | 104 | Larry Strauss, CPA<br>Larry Strauss, ESQ CPA & Associates, Inc.<br>2310 Smith Ave<br>Baltimore, MD  21209 | Distribution | | | $4,391.30 | $0.00 |
| | | Larry Strauss, CPA | Final distribution creditor account # representing a payment of 97.58% per court order.   ($3,903.37) | 3410-000 | | | |
| | | Larry Strauss, CPA | Final distribution creditor account # representing a payment of 97.58% per court order.   ($487.93) | 3992-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $19,750.00 | $19,750.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $19,750.00 | $19,750.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $19,750.00 | $19,750.00 |

Page Subtotals:  $0.00  $18,889.72

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1225 - Checking | $19,750.00 | $19,750.00 | $0.00 |
| | $19,750.00 | $19,750.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $19,750.00 |
| Total Gross Receipts: | $19,750.00 |

Page Subtotals: $0.00 $0.00